| | |
|---|---|
| 1 | CHRISTOPHER M. YOUNG (Bar No. 163319) |
| 2 | christopher.young@dlapiper.com<br>**DLA PIPER LLP (US)** |
| 3 | 401 B Street, Suite 1700<br>San Diego, CA  92101 |
| 4 | Tel: 619.699.4748<br>Fax: 619.699-2701 |
| 5 | |
| 6 | ERIN FRAZOR (Bar No. 251324)<br>erin.frazor@dlapiper.com |
| 7 | **DLA PIPER LLP (US)**<br>555 Mission Street, Suite 2400<br>San Francisco, CA  94105 |
| 8 | Tel: 415.836.2500<br>Fax: 415.836.2501 |

Attorneys for Defendant Bayer Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE DRYDEN and TOM DRYDEN,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION, a corporation, BLACK COMPANY, WHITE COMPANY, RED COMPANY, BLUE COMPANY and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  CV-10-0224-BZ<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Michael Wasicko, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is Goodell, DeVries, Leech & Dann, LLP, One South Street, 20th Floor, Baltimore, Maryland, 21202, telephone 410-783-4036, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Bayer Corporation in the above-entitled action,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1  vice.  Service of papers upon and communication with co-counsel designated in the application
2  will constitute notice to the party.  All future filings in this action are subject to the requirements
3  contained in General Order No. 45, *Electronic Case Filing.*
4  Dated: __22 March '10__

*[signature]*
Honorable Bernard Zimmerman
United States Magistrate Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28