1  CHRISTOPHER M. YOUNG (Bar No. 163319)
   christopher.young@dlapiper.com
2  **DLA PIPER LLP (US)**
   401 B Street, Suite 1700
3  San Diego, CA 92101
   Tel: 619.699.4748
4  Fax: 619.699-2701

5  ERIN FRAZOR (Bar No. 251324)
   erin.frazor@dlapiper.com
6  **DLA PIPER LLP (US)**
   555 Mission Street, Suite 2400
7  San Francisco, CA 94105
   Tel: 415.836.2500
8  Fax: 415.836.2501

9  THOMAS CULLEN (admitted *pro hac vice*)
   tjc@gdldlaw.com
10 MICHAEL WASICKO (admitted *pro hac vice*)
   mjw@gdldlaw.com
11 **GOODELL, DEVRIES, LEECH & DANN, LLP**
   One South Street, 20th Floor
12 Baltimore, MD 21202
   Tel: 410.783.4000
13 Fax: 410.783.4040
14

15 Attorneys for Defendant Bayer Corporation

16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19 | DIANE DRYDEN and TOM DRYDEN, | CASE NO. CV-10-0224-BZ |
|---|---|
20 | Plaintiffs, | **REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
21 | v. | |
22 | BAYER CORPORATION, a corporation, BLACK COMPANY, WHITE COMPANY, RED COMPANY, BLUE COMPANY and DOES 1 through 100, inclusive, | **DATE:** April 26, 2010<br>**TIME:** 4:00 p.m.<br>**DEPT:** Courtroom G, 15th Floor<br>**JUDGE:** Hon. Bernard Zimmerman |
25 | Defendants. | |

DLA PIPER LLP (US)

WEST\21933202.1

-1-
REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE - CV-10-0224-BZ

1     IT IS HEREBY REQUESTED that counsel for Defendant Bayer Corporation be permitted
2     to appear telephonically at the Initial Case Management Conference in this matter, which will be
3     held on Monday, April 26, 2010 at 4:00 p.m.

    Christopher Young of DLA Piper LLP (US), counsel for Defendant Bayer Corporation, will be appearing in person at the hearing. Thomas Cullen of Goodell, DeVries, Leech & Dann, LLP in Baltimore, Maryland, counsel for Defendant Bayer Corporation, is requesting to appear by telephone.

Dated: April 15, 2010            DLA PIPER LLP (US)

                                      By  /s/ Erin Frazor
                                            Christopher M. Young
                                            Erin Frazor
                                            Attorneys for Defendant
                                            Bayer Corporation

## ORDER

IT IS HEREBY ORDERED that Thomas Cullen of Goodell, DeVries, Leech & Dann, LLP may appear telephonically at the Case Management Conference to be held April 26, 2010 at 4:00 p.m.

Dated: 15 Apr 2010                 _____
                                           BERNARD ZIMMERMAN
                                           Judge of the United States District Court