```
 1  ROBERT B. INGRAM, ESQ. [SBN48047]
    LAW OFFICES OF ROBERT B. INGRAM
 2  25 Saddle Wood Drive
    Novato, California 94945
 3  Telephone: (415) 499-0800
    Facsimile: (415) 499-0445
 4
    JOHN E. KALIN, ESQ. (SBN: 64261)
 5  LAW OFFICES OF JOHN E. KALIN
    A Professional Corporation
 6  240 Stockton Street, Suite 400
    San Francisco, California 94108-5318
 7  Telephone: (415) 986-2046
    Facsimile: (415) 291-3514
 8
    Attorneys for Plaintiffs
 9  Diane Dryden and Todd Penns

10
                   UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
    DIANE DRYDEN and TODD PENNS   ) No. C 10-00224 BZ
13                                )
                    Plaintiffs,   ) ORDER GRANTING PLAINTIFFS'
14                                ) MOTION TO DISMISS FOR LACK OF
    v.                            ) SUBJECT MATTER JURISDICTION
15                                ) [FRCP 41(1)(2);
    BAYER CORPORATION, a          )
16  corporation, BLACK COMPANY,   )
    WHITE COMPANY, RED COMPANY,   )
17  BLUE COMPANY and DOES 1       )
    through 100, inclusive,       )
18                                )
                    Defendants.   )
19  ─────────────────────────────

20      The Court, after reviewing the motion and authorities,

21  hereby ORDERS ADJUDGES AND DECREES that this action be

22  dismissed without prejudice.

23  Dated:  June 10  , 2010         _____
24                                  HONORABLE BERNARD ZIMMERMAN
                                    UNITED STATES DISTRICT COURT
25

26

27

28

    ─────────────────────────────────────────────────────────────
    ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS FOR LACK OF SUBJECT
    MATTER JURISDICTION [FRCP 41(1)(2)                            1
```